UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MEZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE,<br><br>　　　　Defendant. | Case No. 2:24-cv-01376-DAD-JDP<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF No. 2 |

　　　　Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Her declaration makes the showing required by 28 U.S.C. §1915(a). *See* ECF No. 2. Accordingly, the request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

　　　　The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4. The Clerk of Court shall send plaintiff five USM-285 forms, one summons, and a copy of the complaint. Plaintiff is advised that the U.S. Marshal will require: (1) one completed summons; (2) one completed USM-285 form for each defendant; (3) a copy of the complaint for each defendant; and (4) a copy of this order.

　　　　The U.S. Marshal shall serve process without prepayment of costs. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA

95814 (tel. 916-930-2030).

IT IS SO ORDERED.

Dated: __August 13, 2024__     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2